IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 106-075 |
| | ) | |
| ANTONIO LEE TYLER | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant Tyler's motion to suppress is **DENIED**. (Doc. no. 10).

SO ORDERED this 26th day of July, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE